# EXHIBIT 1

| Court Address: DENVER COUNTY COURT<br>Clerk of the Court - Traffic and Civil Division<br>1437 Bannock St., Room 135<br>Denver, CO 80202 | |
|---|---|
| **PLAINTIFF(S):** shirley marfil<br>Address: 7949 york st apt 1<br>City/State/Zip: denver, co 80229<br>Phone: Home ______ Work ______ Cell 720 546 4528<br>v.<br>**DEFENDANT(1):** nokia innovations<br>Address: 600 mountain ave<br>City/State/Zip: murray hill, nj 07974<br>Phone: Home ______ Work ______ Cell ______<br>**DEFENDANT(2):** ______<br>Address: ______<br>City/State/Zip: ______<br>Phone: Home ______ Work ______ Cell ______ | FILED IN THE COUNTY COURT<br>CITY & COUNTY OF DENVER, COLO<br>NOV 04 2022<br>CLERK OF COURT<br>▲ **COURT USE ONLY** ▲<br>Case Number:<br>22 S 00750<br>Division ______ Courtroom 117 |

**NOTICE, CLAIM AND SUMMONS TO APPEAR FOR TRIAL (Part 2)**

If Defendant(s) is/are other than a person, go on-line at www.coloradosos.gov to determine the registered agent for service of this notice. Please enter name and address of the agent. Name: corporation service co
Address: 1900 w littleton blvd, littleton, co 80120

1. The Defendant(s) is/are in the military service: ☐Yes ☑No ☐Unknown
2. The Defendant(s) reside(s), is/are regularly employed, has/have an office for the transaction of business, or is/are a student in this county, or real property located in this county is the subject of claim(s) arising from a restrictive covenant or security deposit dispute. ☑Yes ☐No
3. I/We understand that it is my/our responsibility to have each Defendant served with the "Defendant's Copy" of this Notice by a person whose age is 18 years or older and who is not a party to this action 15 days prior to the trial and to provide the Court with written proof of service. ☑Yes ☐No
4. I am an attorney: ☐Yes ☑No

**Notice and Summons to Appear for Trial**

**To the Defendant(s):**
You are scheduled to have your trial in this case on 12-22-22 (date) at 10:00 AM (time) at the Court address stated in the above caption. Bring with you all books, papers and witnesses you need to establish your defense. **If you do not appear, judgment may be entered against you.** If you wish to defend the claim or present a counterclaim, you must provide a written response or written counterclaim on or before the scheduled trial date and pay a **nonrefundable** filing fee.

Dated: 11-4-22

[signature]
Clerk of Court/Deputy Clerk

[Seal: County Court of Denver Colorado]

**Plaintiff(s)'s Claim (Please summarize reasons to support your claim below.)**
The Defendant(s) owe(s) me $not applicable, which includes penalties, plus interest and costs allowed by law, and/or should be ordered to return property, perform a contract or set aside a contract or comply with a restrictive covenant for the following reasons. (If seeking return of property, please describe the property being requested).

**Plaintiff seeks a judgement to enforce a contract of specific performance of the defend**
**Specifically, plaintiff asks to move the defendant to process an appeal of a claim for pe**
**plan and saving plan benefits held by the defendant.**

**Note: The combined value of money, property, specific performance or cost to remedy a covenant violation cannot exceed $7,500.00.**
I/we declare under penalty of perjury under the law of Colorado that the foregoing is true and correct. I/We have not filed in any Small Claims Court in this County more than 2 claims during this calendar month, nor more than 18 claims in this County in this calendar year.

Dated: 10-31-2022

[signature: Shirley Marfil]
Plaintiff's Signature

______
Plaintiff's Signature

Plaintiff(s) because:

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

**Defendant's Counterclaim** (If submitting a counterclaim, pay the appropriate filing fee).
The Plaintiff(s) owe(s) me $______________, which includes penalties, plus interest and costs allowed by law and/or should be ordered to return property, perform a contract or set aside a contract or comply with a restrictive covenant for the following reasons. (If seeking return of property, please describe the property being requested).

______________________________________________________________________

______________________________________________________________________

☐ The amount of my/our counterclaim does not exceed the jurisdictional amount of the Small Claims Court of $7,500.00.

☐ The amount of my/our counterclaim exceeds the jurisdictional amount of the Small Claims Court, but I/we wish to limit the amount that I/we wish to recover from the Plaintiff to $7,500.00.

☐ The amount of my/our counterclaim exceeds the jurisdictional amount of the Small Claims Court, and I/we wish to have the case sent to ☐County Court (only if I/we wish to limit the amount I/we can recover from the plaintiff to $25,000.00) ☐District Court (I /we do not wish to limit the amount I/we can recover from the Plaintiff(s)) and will pay the appropriate filing fee. I/we am/are filing a Notice of Removal and paying the appropriate filing fee to the Court at this time.

**I am an attorney.** ☐**Yes** ☐**No**

I declare under penalty of perjury that this information is true and correct and that I mailed a copy of the Response/Counterclaim to the Plaintiff(s) at the address(es) stated on this form on __________________ (date).

Defendant's Address

Defendant's Signature    Date    Telephone #: Home    Work    Cell

## Information for Defendants in Small Claims Cases

**A. Filing Fees.**
Response without a counterclaim:
- **Claim $500.00 or less: $26.00**
- **Claim over $500.00 but less than $7,500.00: $41.00**

Response with a counterclaim:
- **If Plaintiff's claim is $500.00 or less and counterclaim is $500.00 or less: $31.00**
- **If Plaintiff's claim is more than $500.00 or counterclaim is more than $500.00: $46.00**

**B. Response.** You have been served with a Summons. If you fail to appear on the trial date shown on this notice, judgment may be entered against you. If you wish to defend the claim or present a counterclaim, you must **file with the Court Clerk a written response or counterclaim** on or before the scheduled trial date, provide a copy to the Plaintiff(s), pay the appropriate **nonrefundable** filing fee, and appear on the date set for trial in this notice with all evidence and witnesses needed to establish your defense.

**C. Subpoenas.** Upon your request, the clerk will issue a subpoena to require witnesses to appear or bring documents for your trial. It is your responsibility to complete the information needed on the subpoena and to have the subpoena served. Subpoenas must be served personally and may be served by a person over the age of 18 that is not a party to the case. Subpoenas must be accompanied by a check for payment of witness fees and mileage for any witnesses served.

**D. Counterclaim.** If you have a claim against the Plaintiff(s), you must **file with the Court clerk** the Defendant's counterclaim at the top of this form, provide a copy of the counterclaim to the Plaintiff(s) prior to the trial, and pay the appropriate **nonrefundable** filing fee. If you settle your counterclaim before trial, notify the Small Claims Court and the Plaintiff(s) in writing. **If you want your case heard by a Court of greater jurisdiction, you must complete and file this form, pay the appropriate filing fee (County: Under $999.99 = $85.00; $1,000 - $14,999.99= $105.00; $15,000.00 - $25,000 = $135.00. District: $235.00) and file a Notice of Removal (JDF 251) at least 7 days before the trial date shown on this Notice.**

**E. Trial Responsibility.** You have a right to a trial. Bring all evidence necessary to establish your defense and/or counterclaim: books, papers, repair bills, photographs or other exhibits. If the suit involves the delivery of personal property, be prepared to deliver the property immediately after trial. Be on time. If you are late, the Court may enter judgment against you.

**F. Appeal.** If you wish to appeal, you must file your notice of appeal within 14 days of the judgment and proceed according to C.R.C.P 411.

**G. Judgment. The Court does not collect any judgment,** but will help with the necessary forms.
**Money Judgment.** If judgment is entered against you, you are expected to immediately pay the judgment, including filing fees and court costs. If the judgment is not paid immediately, you must answer questions about your assets and income and the other party can obtain a writ of garnishment or execution against your wages or property. Once the judgment is paid, you are entitled to have the judgment satisfied.
**Non-monetary Judgment.** If the Court orders immediate possession of the property, performance of a contract, setting aside of a contract or compliance with a restrictive covenant, your failure to comply with the Court order may result in an award of damages and/or being held in contempt.

**H. Case Inquiries.** When inquiring about this case, refer to the case number on this notice. Direct all inquiries to the clerk, not the judge or magistrate.

**I. Attorney.** If you want to be represented by an attorney, you or your attorney must file a Notice of Representation of Attorney (JDF 256) at least 7 days before the trial date on this notice. Then the Plaintiff(s) may have representation by an attorney. If the Plaintiff(s) is/are an attorney, you also may be represented by an attorney without filing a notice of representation. Even if there are attorneys in the case, the rules and procedures of the Small Claims Court will still apply.

**J. Judicial Officer.** A magistrate or a judge may hear your case. If you want a judge to hear your case, you must file an Objection to a Magistrate Hearing Case (JDF 259) at least 7 days before the trial date set in this notice. The rules and procedures of the Small Claims Court will still apply.

**K. Language Interpreter.** If you or a witness requires a language interpreter to be present for hearings, you must contact the Managing Interpreter corresponding to the district in which the case will be heard at least 7 days before the trial date is set on this notice. A language interpreter may only interpret what is said between parties during a hearing and immediately prior to or after the hearing. A language interpreter may not provide legal advice or any other service that is not related to interpreting. Interpreters may not provide any services that may constitute a violation of the language interpreter's Code of Professional Responsibility. A current list of Managing Interpreters can be

# DIRECTORY

City & County Building Courthouse (Traffic, Civil, Juvenile & Special Courts)

| Courtroom | Phone Number | Conference ID | Link URL |
|---|---|---|---|
| 100 | 720-600-4350 | **239 581 060#** | http://bit.ly/dcc-100 |
| 104 | 720-600-4350 | **629 852 802#** | http://bit.ly/dcc-104t |
| 105 | 720-600-4350 | **984 237 572#** | http://bit.ly/dcc-105 |
| 117 | 720-600-4350 | **778 889 172#** | http://bit.ly/dcc-117 |
| 159 | 720-600-4350 | **920 413 766#** | http://bit.ly/dcc-159 |
| 170 | 720-600-4350 | **608 643 14#** | http://bit.ly/dcc-170 |
| 175 | 720-600-4350 | **802 816 979#** | http://bit.ly/dcc-175 |
| 186 | 720-600-4350 | **114 870 14#** | http://bit.ly/dcc-186 |
| 479 | 720-600-4350 | **920 391 808#** | http://bit.ly/dcc-479 |
| Civil Returns | 720-600-4350 | **177 756 212#** | http://bit.ly/dcc-civilreturns |
| TPS1 | 720-600-4350 | **196 094 480#** | https://bit.ly/dcc-tps1 |
| TPS2 | 720-600-4350 | **377 836 941#** | https://bit.ly/dcc-tps2 |
| VT1 | 720-600-4350 | **982 580 837#** | https://bit.ly/dcc-vt1 |
| VT2 | 720-600-4350 | **955 735 079#** | https://bit.ly/dcc-vt2 |
| VT3 | 720-600-4350 | **833 505 256#** | https://bit.ly/dcc-vt3 |
| VT4 | 720-600-4350 | **890 962 331#** | https://bit.ly/dcc-vt4 |
| Juvenile Court (Thursdays 104B) | 720-600-4350 | **825 601 730#** | http://bit.ly/dcc-104jv |
| Wellness Court & Sobriety Court (104B) | 720-600-4350 | **264 265 172#** | http://bit.ly/dcc-104s |