# **EXHIBIT 4**



# Nokia Savings/401(k) Plan

## Summary Plan Description

January 2022

## Claims and Appeals

The Plan maintains claims and appeals procedures designed to afford you a fair and timely review of any claim you might have relating to the Plan. Generally, you are legally required to pursue all your claim and appeal rights on a timely basis before seeking any other legal recourse, including litigation.

**How to File a Claim**

Participants and beneficiaries (if applicable), and any individual duly authorized by them, have the right to file a claim for benefits due under the terms of the Plan, to enforce their rights under the terms of the Plan, or to clarify their rights to future benefits under the terms of the Plan.

All claims must be in writing. Include with your claim pertinent and supporting documents. Send your claim to the Savings Plan Administrator (see "Important Contacts").

> **All claims must be sent to the Savings Plan Administrator within one year of the date on which the claim arises.**

You will receive a written notice of the Savings Plan Administrator's decision within 90 days after the Savings Plan Administrator receives your claim. If the Savings Plan Administrator needs more than 90 days to make a decision, the Savings Plan Administrator will notify you in writing within the initial 90-day period and explain why more time is required. An additional 90 days (for a total of 180 days) may be taken if the Savings Plan Administrator sends this notice. The extension notice will show the date by which the Savings Plan Administrator's decision will be sent.

If your claim is denied, in whole or in part, the notice advising you of the Savings Plan Administrator's decision will include the specific reason(s) for the decision, reference to the Plan provisions on which the decision is based, a description of any additional information necessary to perfect the claim, and a description of the Plan's review procedures (along with a statement of your rights under Section 502(a) of ERISA to bring a civil action after a denial of an appeal).

*Important Contacts*

**How to File an Appeal**

If your claim is denied, in whole or in part, an appeal process is available to you. You or your authorized representative may appeal the denial within 60 days after the denial is received. All appeals must be in writing. Send your appeal to the Nokia 401(k) Committee (see "Important Contacts" later in this SPD).

> **All appeals must be sent to the 401(k) Committee within sixty (60) days of the date you receive notice of the Savings Plan Administrator's decision.**

If you or your representative submits a written request for review of a denied claim, you or your representative have the right to:

- Review pertinent Plan documents relevant to your claim, which you can obtain free of charge, and

- Send to the Nokia 401(k) Committee a written statement of the issues and any other documents in support of the claim for benefits or other matter under review.

The Nokia 401(k) Committee meets quarterly and will conduct a review and make a final decision no later than the date of the meeting that next follows the Committee's receipt of a request for review (unless the request for review is received less than 30 days before the date of the next meeting, in which case the Committee will conduct its review and make a decision no later than the date of the second meeting that next follows receipt of the request for review).

If special circumstances cause the Nokia 401(k) Committee to need additional time to make a decision, a representative of the Committee will notify you in writing (before the decision deadline as described above) of the need for such additional time, in which case the Committee will conduct a review and make a final decision no later than the date of the third meeting that next follows receipt of the request for review. The notification will explain the special circumstances requiring the extension and will also indicate the date as of which the final decision will be made.

You will receive a written notice of the Nokia 401(k) Committee's decision. If your claim is denied, in whole or in part, the notice advising you of the Committee's decision will include the specific reasons for the decision, reference to specific Plan provisions on which the decision was based, a statement that you are entitled to receive upon request and free of charge copies of all documents and information relevant to your claim, and a statement of your rights to bring a civil action under Section 502(a) of ERISA.

*Claims and Appeals*

The Nokia 401(k) Committee serves as the final review committee under the Plan. Decisions by the Committee are conclusive and binding on all parties and not subject to further internal review. The Committee has sole and complete discretionary authority to determine conclusively for all parties, and in accordance with the terms of the documents or instruments governing the Plan, any and all questions arising from administration of the Plan and interpretation of all Plan provisions, determination of all questions relating to participation of Eligible Employees and eligibility for benefits, determination of all facts, the amount and type of benefits payable to any participant, and construction of all terms of the Plan.

Also, please note that the Plan and ERISA require you to pursue all your claim and appeal rights on a timely basis before seeking any other legal recourse regarding claims for benefits. If you do not hear from the Savings Plan Administrator or the Nokia 401(k) Committee within any of the appropriate time frames, as described above, you will be considered to have exhausted your administrative remedies under the Plan and you will be entitled to bring a civil action against the Plan in federal court under Section 502(a) of ERISA.

## Administrative Information

| | |
|---|---|
| **Plan Name** | The official name of the Plan is the Nokia Savings/401(k) Plan. (Prior to January 1, 2017, the official name of the Plan was the Alcatel-Lucent Savings/401(k) Plan.) |
| **Plan Sponsor Name and Address** | The Plan Sponsor is Nokia of America Corporation. The address of the Plan Sponsor is:<br><br>Nokia<br>Room 6D-401A<br>600-700 Mountain Avenue<br>Murray Hill, NJ 07974 USA |
| **Savings Plan Administrator Name and Address** | The Plan is administered by Nokia of America Corporation. The address of the Savings Plan Administrator is:<br><br>Nokia<br>Room 6C-403<br>600-700 Mountain Avenue<br>Murray Hill, NJ 07974 USA |
| **Type of Administration** | The Plan is administered by the Plan Sponsor. |
| **Type of Plan** | The Plan is considered an "employee pension benefit plan" and a "defined contribution plan" under ERISA. |
| **Plan Records and Plan Year** | The Plan and all its records are maintained on a calendar year basis, beginning on January 1, and ending on December 31 of each year. |
| **Agent for Service of Legal Process** | The Nokia Legal & Compliance organization is the agent for service of legal process. Service of legal papers, including service of subpoenas, may be served directly to:<br><br>Nokia Legal & Compliance Organization<br>Room 6D-401A<br>600-700 Mountain Avenue<br>Murray Hill, NJ 07974 USA |