IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.      1:22-CV-03149-SKC

SHIRLEY MARFIL

     Plaintiff,

v.

NOKIA INNOVATIONS US LLC

     Defendant.

---

**MOTION FOR EXTENSION OF TIME
TO FILE RESPONSIVE PLEADING ON BEHALF OF NOKIA INNOVATIONS**

---

Defendant, Nokia Innovations US LLC (sued herein as "Nokia Innovations" and hereinafter referred to as "Nokia Innovations"), by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 6 and D. Colo.L.Civ.R. 6.1, moves for an extension of time to file a responsive pleading, and states as follows:

**CERTIFICATE OF CONFERRAL**

The undersigned certifies on December 6, 2022, she conferred with Plaintiff via telephone call regarding this motion. Plaintiff opposes Nokia Innovations' request for an extension of time to file a responsive pleading up to and including January 12, 2023.

1. On or about November 4, 2022, Shirley Marfil ("Plaintiff"), acting pro se, initiated an action ("Claim") in the Smalls Claims division of the Denver County Court, Case No. 22S00750.

2. Plaintiff "seeks a judgment [*sic*] to enforce a contract of specific performance of the defendant. Specifically, plaintiff asks to move the defendant to process an appeal of a claim

for [pension] plan and saving plan benefits held by the defendant." (Doc. 2, Ex. 1 at 1.) The pension plan and saving plan (i.e. 401(k) plan) (collectively, the "Plans") appeals Plaintiff seeks to enforce are under ERISA-governed plans seeking ERISA-regulated benefits. (*See* Doc. 2, Exs. 2–5.)

3. Nokia Innovations was served with Plaintiff's Claim on November 7, 2022, and removed this case to federal court on December 6, 2022, making December 13, 2022 its responsive pleading deadline. (*See* Fed. R. Civ. 81.)

4. Plaintiff has not exhausted the Plans' administrative review procedures, and Nokia Innovations intends to file a motion to dismiss on this basis, among others. *See Held v. Mfrs. Hanover Leasing Corp.*, 912 F.2d 1197, 1206 (10th Cir. 1990) ("[E]xhaustion of [an ERISA plan's] administrative (i.e., company- or plan-provided) remedies is an implicit prerequisite to seeking judicial relief.")

5. Nokia Innovations requests up to and including January 12, 2023, to file its responsive pleading.

6. Nokia Innovations' requested 30-day extension will allow sufficient time for Nokia Innovations to prepare its responsive pleading. This matter is in its infancy, and granting this extension will not cause the parties or the Court undue delay or expense.

7. No party has yet sought an extension or continuance in this matter at any stage.

8. The undersigned affirms that a copy of this Motion was served on her client, Nokia Innovations.

**WHEREFORE**, Defendant Nokia Innovations respectfully requests the Court extend the deadline for a responsive pleading until and including January 12, 2023, and grant any other relief the Court deems appropriate.

**DATED** this 7th of December, 2022.

*/s/Ashley L. Zurkan*
Ashley L. Zurkan
**NATHAN DUMM & MAYER P. C.**
7900 E. Union Avenue, Suite 600
Denver, CO 80237-2776
Telephone: (303) 691-3737
Facsimile: (303) 757-5106

**ALSTON & BIRD LLP**
R. Blake Crohan (*application for admission pending*)
Georgia Bar Number 512642
Margaret E. Studdard (*application for admission pending*)
Georgia Bar Number 356265
1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7000
(404) 881-7777 (fax)
Blake.crohan@alston.com
Ellie.studdard@alston.com
*Attorneys for Nokia Innovations US LLC*

## CERTIFICATE OF SERVICE

 I hereby certify that on this 7th day of December, 2022 a true and correct copy of the foregoing **MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** was electronically filed with the Clerk of the Court using the CM/ECF system

 I hereby certify that I have mailed a true and complete copy to the following non CM/ECF participants by placing them in the United States Mail:

Shirley Marfil
7949 York Street Apt. 1
Denver, Colorado

.

            */s/ Ashley L. Zurkan*
            Ashley L. Zurkan
            Attorney for Defendant
            **NATHAN DUMM & MAYER P.C.**
            7900 E. Union Avenue, Suite 600
            Denver, CO 80237-2776
            Telephone: (303) 691-3737
            Facsimile: (303) 757-5106
            AZurkan@ndm-law.com