IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:22-cv-03149-SKC

Shirley Marfil,
        Plaintiff,

v.

Nokia Innovations,
        Defendant.

## JOINT STIPULATION OF DISMISSAL

COMES NOW, Plaintiff Shirley Marfil ("Plaintiff") and Defendant Nokia Innovations US LLC (sued herein as "Nokia Innovations") ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), and hereby file this Joint Stipulation for Dismissal. In support of this Stipulation, the Parties state as follows:

1. On November 4, 2022, Plaintiff filed an action against Defendant in Denver County Small Claims Court.

2. Defendant was served with the state court complaint on November 7, 2022.

3. On December 6, 2022, Defendant removed Plaintiffs' complaint to this Court because the pension plan and saving plan appeals that Plaintiff seeks to enforce are under plans governed by the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, *et seq.*, as amended ("ERISA") seeking ERISA-regulated benefits. (See Doc. 1, Docs. 2-1 through 2-5.)

4. Following removal, the Parties have agreed to proceed with the administrative review of Plaintiff's claim in accordance with the administrative procedures set forth in the relevant ERISA plan documents.

5. Fed. R. Civ. P. 41(a)(1)(A) provides that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared."

6. The Parties jointly stipulate to dismissal of this action.

Respectfully Submitted,

Dated ____ December, 2022

*Shirley Marfil* (signature)
Shirley Marfil
7949 York St, Apt. 1
Denver, Colorado 80229.

*Plaintiff Pro Se*

Dated ~~December, 2022~~
9 January, 2023

/s/ R. Blake Crohan
**ALSTON & BIRD LLP**
R. Blake Crohan
Georgia Bar Number 512642
Margaret E. Studdard
Georgia Bar Number 356265
1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7000
(404) 881-7777 (fax)
Blake.crohan@alston.com
Ellie.studdard@alston.com

**NATHAN DUMM & MAYER P. C.**
Ashley L. Zurkan

2

7900 E. Union Avenue, Suite 600
Denver, CO 80237-2776
Telephone: (303) 691-3737
Facsimile: (303) 757-5106

*Attorneys for Nokia Innovations US LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of January, 2023, the foregoing **Joint Stipulation of Dismissal** was submitted via the Court's CM/ECF system and was sent to Plaintiff via regular U.S. mail at the following address, which was provided in her state court pleading:

Shirley Marfil
7949 York St, Apt. 1
Denver, Colorado 80229.

*/s/ R. Blake Crohan*
**Alston & Bird LLP**
R. Blake Crohan